UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LONE TREE COUNCIL ENVIRONMENT
MICHIGAN,

       Plaintiffs,                            Case Number 06-12042-BC
                                            Honorable Thomas L. Ludington

v.

UNITED STATES ARMY CORPS OF
ENGINEERS, UNITED STATES DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT,
SAGINAW COUNTY and MARK MCGILL, in
his official capacity of Saginaw County Controller,

       Defendants.
_____/

## ORDER DISMISSING MARK MCGILL AS A PARTY DEFENDANT

On September 22, 2006, this Court accepted the parties' stipulation to dismiss as a party to this action the Department of Housing and Urban Development. In that stipulation, the parties also agreed to dismiss defendant Mark McGill. This order is made to reflect the parties' agreement that this defendant also should be dismissed.

Accordingly, it is **ORDERED** that defendant Mark McGill is **DISMISSED** as a party defendant to this action based on the parties's stipulation.

                                                   s/Thomas L. Ludington
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge

Dated: September 25, 2006

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 25, 2006.

         s/Tracy A. Jacobs
         TRACY A. JACOBS